AO 450 (Rev. 5/85)

# United States District Court
### EASTERN DISTRICT OF NORTH CAROLINA
#### WESTERN DIVISION

| | |
|---|---|
| DENNIS L. RICHARDSON,<br>      Plaintiff,<br><br>v.<br><br><br>MICHAEL J. ASTRUE,<br>*Commissioner of the Social*<br>*Security Administration,*<br>      Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)    **JUDGMENT IN A CIVIL CASE**<br>)    **CASE NO. 5:10-CV-5-D** |

Decision by the Court:

      **IT IS ORDERED AND ADJUDGED** that the court has reviewed the Memorandum & Recommendations, the record, and the briefs. The court is satisfied that there is no clear error on the face of the record. Plaintiff's motion for judgment on the pleadings is GRANTED, defendant's motion for judgment on the pleadings is DENIED, and the action is REMANDED to the Commissioner pursuant to 42 U.S.C. § 405(g) for further proceedings as set forth in the Memorandum & Recommendations.

THE ABOVE JUDGMENT WAS ENTERED TODAY, **JANUARY 20, 2011** WITH A COPY TO:

Jennifer Nicole Manring  (via CM/ECF Notice of Electronic Filing)

Mary Ellen Russell  (via CM/ECF Notice of Electronic Filing)


| | |
|---|---|
| <u>January 20, 2011</u><br>Date<br><br><br><br>Raleigh, North Carolina | DENNIS P. IAVARONE, Clerk<br>Eastern District of North Carolina<br><br><u>/s/Debby Sawyer         </u><br>(By) Deputy Clerk |